# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00275-CR
## NO. 03-01-00320-CR

**Joseph Heiser, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
NO. 00-141-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING**


Appellant's motion to dismiss these appeals is granted. *See* Tex. R. App. P. 42.2(a).

All other pending motions are dismissed. The appeals are dismissed.


_____

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:  June 29, 2001

Do Not Publish